**McCullough, Goldberger & Staudt, LLP**
Attorneys at Law
1311 Mamaroneck Avenue, Suite 340
White Plains, New York
10605

(914) 949-9400
FAX (914) 949-2510
WWW.MCCULLOUGHGOLDBERGER.COM

FRANK S. McCULLOUGH, JR.
JAMES STAUDT
LINDA B. WHITEHEAD
SETH M. MANDELBAUM
PATRICIA W. GURAHIAN
KEVIN E. STAUDT
STEVEN M. WRABEL

AMANDA L. BROSY
MEREDITH A. LEFF

CHARLES A. GOLDBERGER
EDMUND C. GRAINGER, III
MICHAEL A. ZAMAT
COUNSEL

FRANK S. McCULLOUGH (1905-1998)
EVANS V. BREWSTER (1920-2005)

March 7, 2022

*[Handwritten, MEMO ENDORSED:]* Conference adjourned to 5/5/2022 @ 11:15 a.m.
*[Signed]* Colleen McMahon
3/7/2022

*[Stamp:]* DATE FILED: 3/7/2022
ELECTRONICALLY FILED
DOCUMENT
USDC SDNY

VIA ECF

Hon. Colleen McMahon, District Judge
United States District Court, Southern District of New York

Re:  Bautista v. 519 Central Park LLC, et. al.
     Docket No. 22 Civ. 419 (CM) (JLC)
     Letter Motion Requesting adjournment of Conference Date

Dear Chief Judge McMahon:

This firm represents the Defendants in the above captioned action.

This letter motion is written on consent of Plaintiff's attorney who joins in the request for an adjournment. There have been no prior requests for adjournment.

An initial pretrial conference is scheduled for Thursday, March 10th at 11:30 a.m. The parties would respectfully request a three-week extension of the conference date to March 31st or such date thereafter as this Court sets. The parties request an extension of the deadline to submit a scheduling order to two business days prior to the adjourned conference date.

In consulting on a case management plan, the parties have voluntarily exchanged information pertaining to the Plaintiff's claims and are actively involved in settlement negotiations. The parties would request a short window of time to complete its negotiations and potentially resolve the matter prior to engaging in discovery.

Respectfully,

*[Signature]*
Patricia Wetmore Gurahian

cc: Lina Stillman, Esq.