UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BALOY BAUTISTA individually and on behalf of other employees similarly situated,

                Plaintiff,

-v-

519 CENTRAL PARK LLC, CANDLELIGHT LLC (dba THE CANDLELIGHT INN) AND JOHN JAY TRACEY jointly and severally,

                Defendants.

STIPULATION OF DISMISSAL

Civil Action No. 1:22-cv-00419

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2022

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate, by and through their counsel, that this action, including all the claims asserted by Plaintiff in the Complaint against Defendants, shall be dismissed with prejudice, and without costs or attorneys' fees to any party.

Dated: April 6, 2022
       White Plains, New York

McCULLOUGH, GOLDBERGER & STAUDT, LLP

_____
Patricia Wetmore Gurahian
*Attorneys for Defendants*
1311 Mamaroneck Ave., Suite 340
White Plains, New York 10605
Phone: (914) 949-6400
Email: PGurahian@mgslawyers.com

SO ORDERED:
_____

STILLMAN LEGAL, PC

_____
Lina Stillman
*Attorneys for Plaintiff*
42 Broadway, 12th Floor
New York, New York 10004
Phone: (212) 832-1000
Email: ls@stillmanlegalpc.com

Dated: 21 April, 2022